BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000



FILED

NOV 10 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___J. HEICERNGS___

**SEALED**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1:11 CR 00392 AWI

| UNITED STATES OF AMERICA, | ) CASE NO. |
|---|---|
| Plaintiff, | ) EX PARTE MOTION TO SEAL |
| | ) INDICTMENT PURSUANT |
| v. | ) TO RULE 6(e), FEDERAL |
| | ) FEDERAL RULES OF |
| MICHAEL DESHAWN CHARLES, | ) CRIMINAL PROCEDURE |
| Defendant | ) |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on November 10, 2011, charging the above defendant with a violation of Title 21, United States Code, Sections 841(a)(1), 841(b))(1)(B)-Distribution of Cocaine Base, and 21 U.S.C. § 841(a)(1) and 841(b)(1)(B) and 18 U.S.C. § 2 -Distribution of Cocaine Base and Aiding and Abetting, and other charges be kept secret until the defendant named in the Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant

1 is in custody or has been given bail, that no person shall
2 disclose the finding of the Indictment or any warrant issued
3 pursuant thereto, except when necessary for the issuance and
4 execution of the warrant.

6 DATED: November 10, 2011              Respectfully submitted,

7                                        BENJAMIN B. WAGNER
                                         Acting United States Attorney

                                         By
9                                           ELANA S. LANDAU
                                         Assistant U.S. Attorney

11 IT IS SO ORDERED this 10   day of November, 2011

13                                        U.S. Magistrate Judge