1 | BENJAMIN B. WAGNER
  | United States Attorney
2 | ELANA S. LANDAU
  | Assistant U.S. Attorney
3 | 2500 Tulare Street
  | Fresno, California 93721
4 | Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )
                            )   Case NO. 1:11-CR-392 AWI
            Plaintiff,      )
                            )   REQUEST TO **UNSEAL** INDICTMENT
    v.                      )
                            )
MICHAEL CHARLES,            )
                            )
            Defendant.      )
                            )

The arrest warrant in the above-captioned proceeding was executed on November 14, 2011. As a result, there is no need for the indictment to remain under seal. Accordingly, the United States asks that the Court order that the indictment be unsealed.

                        BENJAMIN B. WAGNER
                        United States Attorney

Date: November 15, 2011   /s/ Elana S. Landau
                        By: Elana S. Landau
                        Assistant United States Attorney

1

BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:11-CR-391 AWI |
| Plaintiff, | ORDER TO **UNSEAL** INDICTMENT |
| v. | |
| MICHAEL CHARLES, | |
| Defendant. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the indictment in the above-captioned proceeding be and is hereby unsealed.

Date: 11/15 , 2011

Honorable Jennifer L. Thurston
United States Magistrate Judge