DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MICHAEL DESHAWN CHARLES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:11-cr-00392 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE AND |
| v. ) | ORDER THEREON |
| ) | |
| MICHAEL DESHAWN CHARLES, ) | Date:  February 27, 2012 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge:  Hon. Anthony W. Ishii |
| ) | |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ELANA S. LANDAU, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Michael Deshawn Charles, that the date for status conference may be continued to February 27, 2012, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is January 17, 2012. The requested new date is February 27, 2012.**

　　　This continuance is requested to allow additional time for investigation regarding a proper resolution of this case.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

                                                    BENJAMIN B. WAGNER
                                                  United States Attorney

DATED: January 11, 2012               By /s/ Elana S. Landau
                                                  ELANA S. LANDAU
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff

                                                  DANIEL J. BRODERICK
                                                  Federal Defender

DATED: January 11, 2012               By /s/ Eric V. Kersten
                                                  ERIC V. KERSTEN
                                                  Assistant Federal Defender
                                                  Attorney for Defendant
                                                  MICHAEL DESHAWN CHARLES

## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated: January 13, 2012

CHIEF UNITED STATES DISTRICT JUDGE