BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-CR-00392-AWI-DLB |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| MICHAEL DESHAWN CHARLES, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Michael Deshawn Charles, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1.  Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), defendant Michael Deshawn Charles' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a.  Glock, Model 23, semi-automatic pistol with the serial number removed, and

    b.  62 rounds of Miscellaneous 40 caliber ammunition.

2.  The above-listed property constitutes firearms and ammunition involved in or used in a knowing violation of 18 U.S.C. §

1  924(c).

2    3.   Pursuant to Rule 32.2(b), the Attorney General (or a
3  designee) shall be authorized to seize the above-listed property.
4  The aforementioned property shall be seized and held by the Federal
5  Bureau of Investigation in their secure custody and control.

6    4.   a.   Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C.
7  § 853(n), and Local Rule 171, the United States shall publish notice
8  of the order of forfeiture.  Notice of this Order and notice of the
9  Attorney General's (or a designee's) intent to dispose of the
10 property in such manner as the Attorney General may direct shall be
11 posted for at least 30 consecutive days on the official internet
12 government forfeiture site www.forfeiture.gov.  The United States may
13 also, to the extent practicable, provide direct written notice to any
14 person known to have alleged an interest in the property that is the
15 subject of the order of forfeiture as a substitute for published
16 notice as to those persons so notified.

17      b.   This notice shall state that any person, other than
18 the defendant, asserting a legal interest in the above-listed
19 property, must file a petition with the Court within sixty (60) days
20 from the first day of publication of the Notice of Forfeiture posted
21 on the official government forfeiture site, or within thirty (30)
22 days from receipt of direct written notice, whichever is earlier.

23   5.   If a petition is timely filed, upon adjudication of all
24 third-party interests, if any, this Court will enter a Final Order of
25 ///
26 ///
27 ///
28 ///

Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated:     October 5, 2012                    /s/ [signature]
                                        CHIEF UNITED STATES DISTRICT JUDGE