DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
MICHAEL DESHAWN CHARLES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>MICHAEL DESHAWN CHARLES<br><br>    *Defendant*. | NO. 1:11-CR-00392 AWI-DLB-1<br><br>STIPULATION TO ADVANCE SENTENCING AND ORDER THEREON<br><br>Date:  November 5, 2012<br>Time:  10:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

**STIPULATION**

It is hereby stipulated by and among the parties that **the sentencing hearing in the above-entitled matter now set for November 26, 2012, may be advanced to November 5, 2012, at 10:00 a.m.**

Defendant, Michael Deshawn Charles, has received and reviewed the Advisory Guideline Presentence Investigation Report (PSR) prepared by the United States Probation Office and there are no disputed sentencing issues.  The sentence recommended in the PSR is consistent with the jointly recommended sentence in the plea agreement of the parties.  Because there is nothing more to be done prior to sentencing, defendant Michael Charles requests that the sentencing date be advanced to Monday, November 5, 2012, in order to bring finality to this matter and to minimize the amount of time spent in the Fresno County Jail.  AUSA Elana S. Landau has no objection to this request.

///

The parties agree that advancing the sentencing date in this matter will further the ends of justice.

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED:  October 31, 2012              By: /s/ Elana S. Landau
                                                ELANA S. LANDAU
                                                Assistant U.S. Attorney
                                                Attorneys for Plaintiff


                                                DANIEL J. BRODERICK
                                                Federal Defender

DATED: October 31, 2012              By: /s/ Eric V. Kersten
                                                ERIC V. KERSTEN
                                                Assistant Federal Defender
                                                Attorneys for Defendant
                                                MICHAEL DESHAWN CHARLES

**ORDER**

IT IS SO ORDERED.

Dated:   October 31, 2012

                                      CHIEF UNITED STATES DISTRICT JUDGE