| | |
|---|---|
| 1<br>2<br>3<br>4 | LAW OFFICE OF EMILY DELEON<br>Emily De Leon, SBN 296416<br>1318 K. Street<br>Bakersfield, CA 93301<br>Tel: (661)326-0857<br>Email: emily@lawdeleon.com |
| 5<br>6 | Attorney for:<br>MICHAEL CHARLES |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CHARLES,<br><br>Defendants. | Case No. 1:11-CR-00392-DAD<br><br>ORDER TO TEMPORARILY RELEASE<br>DEFENDANT WITH CONDITIONS |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE DALE A. DROZD; LAURA WITHERS, ASSISTANT UNITED STATES ATTORNEY; AND JULIE MARTIN, UNITED STATES PROBATION OFFICER:

**COMES NOW** Defendant, MICHAEL CHARLES (Booking No.2256885), by and through his attorney of record, Emily De Leon, hereby requests that the defendant be released to Private Investigator A Ace Pierce, CDL# A4803351, from the Kern County Sheriff Office, Lerdo Facility and transported to the funeral services for his father, Tony Ray Charles Sr., as described in Exhibit A on January 28, 2020. Defense counsel called Rucker's Mortuary to confirm that the information provided in Exhibit A is accurate. The church services begin at 10:00 a.m. at the Church of Christ at 1416 Wilson Road, Bakersfield, CA. The burial will occur at 1:15 p.m. at the Bakersfield National Cemetery.

1

Mr. Pierce is a licensed private investigator (Private Investigator License 188223) and the owner of All Pro Investigations in Bakersfield, CA. He is also the owner of Gotta Go Bail Bonds and is a Bail Recovery Specialist. Mr. Pierce has extensive connections in Bakersfield and is a resource to the legal community here. He also serves as an investigator on the Kern County Indigent Defense Panel and has provided expert testimony in state trials.

## ORDER

IT IS SO ORDERED that the defendant be released to A Ace Pierce from the Kern County Sheriff's Office, Lerdo Facility and be transported the funeral services described in Exhibit A on January 28, 2020. Mr. Pierce must keep Mr. Charles in his sight during the entire time he is out of custody and must transport Mr. Charles directly back to Lerdo immediately following the conclusion of the burial.

IT IS SO ORDERED.

Dated: __January 23, 2020__                    _____
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

S. DEL RUCKER, FOUNDER　　　　　　　　　　　　　　　　　　　　CLARICE B. RUCKER, FOUNDER

# RUCKER'S MORTUARY-BAKERSFIELD
*A Friendly, Courteous and Professional Service*
*Serving Our Community for over 70 Years*

301 BAKER STREET　　　　　　　　　　　　　　　　　　　　12460 VAN NUYS BOULEVARD
BAKERSFIELD, CALIFORNIA 93305　　　　　　　　　　　　　　PACOIMA, CALIFORNIA 91331
PHONE: (661) 322-2001　　　　　　　　　　　　　　　　　　PHONE: (818) 899-1138
FAX: (661) 322-2009　　　　　　　　　　　　　　　　　　　FAX: (818) 834-9251
LICENSE NO: FD0820　　　　　　　　　　　　　　　　　　　LICENSE NO: FD1188

January 14, 2020

To whom it may concern,

Rucker's Mortuary has confirmed the service date and times for Tony Ray Charles Sr., for January 28th, 2020 at 10am. The burial will take place at Bakersfield National Cemetery at 1:15pm- Mr. Charles passed away on January 07, 2020

For further information regarding the matter please feel free to give our office a call at 661-322-2001 and we will be glad to assist you.

Thank you,

*Billy Taft Sr.*
Billy Taft Sr.
Funeral Director