TINO PEREZ, SBN 221027
725 Washington Street, Suite 314
Oakland, CA 94607
Telephone:  (510) 277-5590
Facsimile:   (510) 835-1465
Email: tinoperezlaw@gmail.com

Attorney for Michael DeShawn Charles

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                       Plaintiff,<br><br>v.<br><br>MICHAEL DeSHAWN CHARLES,<br><br>                                       Defendant. | CASE NO.  1:11-CR-00392-DAD<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; FINDINGS AND ORDER<br><br>DATE:   July 18, 2022<br>TIME:    2:00 p.m. |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on July 18, 2022 at 2:00 p.m. before U.S. Magistrate Judge McAuliffe.

2. Defense counsel has requested a continuance of the status conference to obtain further discovery and for additional case investigation.  The government does not object to the request for continuance.

3. By this stipulation, the parties now move to continue the status conference to **August 9, 2022 at 2:00 p.m.** before the duty magistrate judge, in order to allow defense the additional time

1

requested for case assessment and preparation.

IT IS SO STIPULATED.

DATED: July 14, 2022

/s/Tino Perez
MANUEL FLORENTINO PEREZ
Counsel for Defendant
MICHAEL DESHAWN CHARLES

DATED: July 14, 2022

/s/ Mark McKeon
MARK MCKEON
Assistant United States Attorney

## **ORDER**

IT IS SO ORDERED that the status conference is continued from July 13, 2022, to **August 9, 2022, at 2:00 p.m. before Magistrate Judge Erica P. Grosjean**.

IT IS SO ORDERED.

Dated: **July 14, 2022**         /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE

2