1  TINO PEREZ, SBN 221027
   725 Washington Street, Suite 314
2  Oakland, CA 94607
   Telephone:  (510) 277-5590
3  Facsimile:   (510) 835-1465
   Email: tinoperezlaw@gmail.com
4
   Attorney for Michael DeShawn Charles
5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO.  1:11-CR-00392 DAD |
|---|---|
12 | Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; FINDINGS AND ORDER |
13 | v. | |
14 | MICHAEL DeSHAWN CHARLES, | DATE:  August 9, 2022 TIME:   2:00 p.m. |
15 | Defendant. | |

16

17                        **STIPULATION**

18     The United States of America, by and through its counsel of record, and defendant, by and

19  through his counsel of record, hereby stipulate as follows:

20     1.     By previous order, this matter was set for status conference on August 9, 2022 at 2:00

21  p.m. before U.S. Magistrate Judge McAuliffe.

22
       2.     Defense counsel has requested a continuance of the status conference to obtain further
23
    discovery and for additional case investigation.  The government does not object to the request for
24
    continuance.
25

26     3.     By this stipulation, the parties now move to continue the status conference to **August

27  23, 2022 at 2:00 p.m.** before the duty magistrate judge, in order to allow defense the additional time

28
                                         1

requested for case assessment and preparation.

IT IS SO STIPULATED.

DATED:      August 3, 2022

>                /s/Tino Perez
>                MANUEL FLORENTINO PEREZ
>                Counsel for Defendant
>                MICHAEL DESHAWN CHARLES

DATED:      August 3, 2022

>                /s/ Mark McKeon
>                MARK MCKEON
>                Assistant United States Attorney

## O R D E R

Pursuant to the parties' stipulation, the Court continues the status conference to **August 23, 2022 at 2:00 p.m.** before the duty magistrate judge, in order to allow defense the additional time requested for case assessment and preparation.

IT IS SO ORDERED.

Dated:  **August 8, 2022**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

2